| | |
|---|---|
| JAMES SANDERSON,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES BAKERY INC., d/b/a FRANZ BAKERY, an Oregon State Corporation,<br><br>        Defendant. | NO. 2:17-cv-00066-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

Before the Court is the parties' Stipulation for Order of Dismissal With Prejudice, ECF No.25. The parties asks that the above-captioned case be dismissed with prejudice and without costs to any of the parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal With Prejudice, ECF No. 25, is **GRANTED**.

2. The above-captioned action, including all claims and counterclaims, are **dismissed with prejudice** and without costs to any of the parties.

///
///
///
///

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and close the file.

**DATED** this 21st day of August 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 2**